■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICKEY LON HOEFT, Appellant. [842 NYS2d 353]—Motion for reargument denied. Present—Scudder, P.J., Hurlbutt, Peradotto, Green and Pine, JJ.

■ In the Matter of SHAWN GREEN, Appellant, v GLENN S. GOORD, as Commissioner of New York State Department of Correctional Services, Respondent. (Appeal No. 1.) [842 NYS2d 353]—Motion for reargument denied. Present—Scudder, P.J., Hurlbutt, Peradotto, Green and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GREGORY FREEMAN, Also Known as GREGORY M. FREEMAN, Also Known as GREGORY MICHAEL FREEMAN, Appellant. [841 NYS2d 924]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Genesee County Court, Robert C. Noonan, J.—Driving While Intoxicated.) Present—Scudder, P.J., Hurlbutt, Gorski, Centra and Green, JJ.

■ In the Matter of NATHAN H., Appellant. WYOMING COUNTY ATTORNEY, Respondent. [841 NYS2d 919]—Appeal dismissed without costs (*see Matter of Gerald H.*, 158 AD2d 599 [1990]). Counsel's motion to be relieved of assignment granted. (Appeal from Judgment of Family Court, Wyoming County, Michael F. Griffith, J.—Person In Need of Supervision.) Present—Scudder, P.J., Hurlbutt, Gorski, Centra and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LIQUORI MILLS, Appellant. [841 NYS2d 917]—Motion to dismiss granted. Memorandum: Appeal unanimously dismissed and matter remitted to Supreme Court, Monroe County to vacate the judgment of conviction and dismiss the indictment either sua sponte or on application of either the District Attorney or counsel for defendant (*see People v Matteson*, 75 NY2d 745 [1989]). Present—Scudder, P.J., Hurlbutt, Gorski, Martoche and Smith, JJ.